THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Larkland Richards,       
Appellant.
 
 
 

Appeal From Aiken County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-167
Submitted January 10, 2003  Filed February 
 27, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia.
Attorney General Henry Dargan McMaster
Chief Deputy Attorney General John W. McIntosh
Assistant Deputy Attorney General Charles H. Richardson, of 
 Columbia; Barbara R. Morgan, of Aiken; for Respondent.
 
 
 

PER CURIAM:  Larkland Richards appeals his 
 guilty plea to distribution of crack cocaine, second offense.  Richards argues 
 the trial court violated the mandate of Boykin v. Alabama, 395 U.S. 238 
 (1965), by accepting his guilty plea because his plea was not knowingly and 
 voluntarily entered.  Richardss counsel attached to the brief a petition to 
 be relieved as counsel, stating she had reviewed the record and concluded Richardss 
 appeal lacks merit.  After a thorough review of the record and counsels brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Richardss appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.